1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Marisol Renovato

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,        )   Case No. 07MJ8969
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14 | MARISOL RENOVATO,                )
                                     )
15 |         Defendant.               )
    _____  )

17 | Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18 | U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

20 | Respectfully submitted,

22 | DATED:    December 10, 2007          /s/ Elizabeth M. Barros
                                          **ELIZABETH M. BARROS**
23 |                                       Federal Defenders of San Diego, Inc.
                                          Attorneys for Marisol Renovato