# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER **07MJ8969**
)
vs )  ABSTRACT OF ORDER
)
)  Booking No. _____
)
*Maribel Renovato* )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **12/14/07**
the Court entered the following order:

☑ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

☑ Defendant released on $ **50,000 P/S** bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
     _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**Barbara Lynn Major**
UNITED STATES MAGISTRATE JUDGE

OR

Received_____         W. SAMUEL HAMRICK, JR.   Clerk
       DUSM                     by _____ Deputy Clerk

Crim-9   (Rev 6-95)                                 ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY