FILED

07 DEC 19 PM 3:14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ( (           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '07 CR 3413 BEN |
|---|---|---|
| Plaintiff, | ) | INDICTMENT |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| MARISOL RENOVATO, | ) | |
| Defendant. | ) | |

The grand jury charges:

### Count 1

On or about December 6, 2007, within the Southern District of California, defendant MARISOL RENOVATO did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 830.9 grams of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

JJO:fer:Imperial
12/13/07

<u>Count 2</u>

On or about December 6, 2007, within the Southern District of California, defendant MARISOL RENOVATO did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 830.9 grams of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 19, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2