1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM A. HALL, JR.
   Assistant U.S. Attorney
3  California State Bar No. 253403
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7046/(619) 235-2757 (Fax)
   Email: william.a.hall@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           ) Criminal Case No. 07CR3413-BEN
                                         )
11 |                      Plaintiff,     ) DATE:    February 4, 2008
                                         ) TIME:    2:00 p.m.
12 |        v.                           ) Before Honorable Roger T. Benitez
                                         )
13 | MARISOL RENOVATO,                   ) UNITED STATES' MOTION FOR
                                         ) RECIPROCAL DISCOVERY
14 |                      Defendant(s).  )
                                         ) TOGETHER WITH STATEMENT OF
15 |                                     ) FACTS AND MEMORANDUM OF
                                         ) POINTS AND AUTHORITIES
16 |_____    )

17         COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

18  Karen P. Hewitt, United States Attorney, and William A. Hall, Jr., Assistant U.S. Attorney, and

19  hereby files its Motion for Reciprocal Discovery in the above-referenced case. Said motion is

20  based upon the files and records of this case together with the attached statement of facts and

21  memorandum of points and authorities.

22         DATED: January 18, 2008.

23                                                 Respectfully submitted,

24                                                 KAREN P. HEWITT
                                                   United States Attorney
25

26                                                 s/ William A. Hall, Jr.
                                                   WILLIAM A. HALL, JR.
27                                                 Assistant United States Attorney

28