KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARISOL RENOVATO,<br><br>Defendant(s). | Criminal Case No. 07CR3413-BEN<br><br>DATE:   February 4, 2008<br>TIME:    2:00 p.m.<br>Before Honorable Roger T. Benitez<br><br>UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**STATEMENT OF THE CASE**

The Defendant, Marisol Renovato (hereinafter "Defendant"), was charged by a grand jury on December 19, 2007 with violating 21 U.S.C. §§ 952 and 960, importation of methamphetamine, and 21 U.S.C. § 841(a)(1), possession of methamphetamine with the intent to distribute. Defendant was arraigned on the Indictment on December 20, 2007, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended on the afternoon of December 6, 2007, by United States Customs and Border Protection ("CBP") Officers at the Andrade, California Port of Entry. There,

1   Defendant entered the vehicle inspection lanes as the driver and registered owner of a silver 1997
2   Volkswagen Jetta ("the vehicle"). She was accompanied by a passenger, her minor daughter.
3       At primary inspection, Defendant gave a negative Customs declaration to a CBP Officer.
4   During the inspection, Defendant's minor daughter appeared nervous and kept looking to the rear
5   of the vehicle. The vehicle and its occupants were then referred to the secondary lot for further
6   inspection.
7       At secondary inspection, Defendant provided another negative Customs declaration. A
8   CBP Officer then screened the vehicle with his service canine. The dog alerted to the vehicle.
9   Another CBP Officer then discovered one package concealed within a specially-built compartment
10  in the back seat rest of the vehicle. The CBP Officer removed the package, which was a zip-lock
11  bag wrapped in cellophane. Inside the zip-lock bag, he discovered three plastic bags containing
12  a white substance. A sample of the substance tested positive for methamphetamine. The package,
13  weighing 0.8309 kilograms (1.8318 pounds), was removed from the vehicle. Defendant was then
14  arrested; Defendant's minor daughter was later released.

### III

### UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

17      To date, the United States has provided Defendant with 149 pages of discovery. The
18  United States moves the Court to order Defendant to provide all reciprocal discovery to which it
19  is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United
20  States all exhibits and documents which Defendant "intends to introduce as evidence in chief at
21  the trial" and a written summary of the names, anticipated testimony, and bases for opinions of
22  experts Defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of
23  Evidence.
24  //
25  //
26  //
27
28                                                          3                    07CR3413-BEN

**IV**

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that its motion be granted.

DATED: January 18, 2008.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ William A. Hall, Jr.
    WILLIAM A. HALL, JR.
    Assistant United States Attorney