1  **ELIZABETH M. BARROS**
   California Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467 ext. 3701
4  Email: Elizabeth_Barros@fd.org

5  Attorneys for Ms. Renovato

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. 07CR3413-BEN |
| | ) | |
| Plaintiff, | ) | Date: February 4, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| MARISOL RENOVATO, | ) | |
| | ) | (1) PRESERVE EVIDENCE AND COMPEL DISCOVERY; |
| Defendant. | ) | (2) DISMISS INDICTMENT DUE TO MISINSTRUCTION OF GRAND JURY; AND |
| | ) | (3) GRANT LEAVE TO FILE FURTHER MOTIONS |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
       WILLIAM HALL, ASSISTANT UNITED STATES ATTORNEY:

       PLEASE TAKE NOTICE that on February 4, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, Defendant Marisol Renovato, by and through her attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//
//
//
//
//

**MOTIONS**

Defendant Marisol Renovato, by and through her attorneys, Elizabeth M. Barros and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Preserve Evidence and Compel Discovery;

(2) Dismiss Indictment Due to Misinstruction of the Grand Jury; and

(3) Grant Leave to File Further Motions.

This motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: January 22, 2008

 /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Renovato