1  David Gutierrez, Esq.- State Bar #177811
   **LAW OFFICE OF DAVID GUTIERREZ**
2  THE CHAMBER BUILDING
3  110 West 'C' Street, Suite 2201
   San Diego, California 92101
4  Phone: 619-696-6096  Fax: 619-696-1106

**SO ORDERED**

Date: 4/16/08

Roger T. Benitez  U.S.D.J.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 07-cr-03413 |
| vs | ) | **SUBSTITUTION OF ATTORNEY** |
| MARISOL RENOVATO, | ) | |
| Defendants | ) | |

Defendant, MARISOL RENOVATO, hereby substitutes David Gutierrez, as attorney of record in place and instead of Elizabeth Barros of the Federal Defenders of San Diego.

Dated: 4-14-08

_____
Defendant, MARISOL RENOVATO

I consent to the above substitution.

Dated: 4-16-08

_____
ELIZABETH BARROS

Above substitution accepted.

Dated: 4-16-08

_____
DAVID GUTIERREZ

# PROOF OF SERVICE

<u>U.S.A. vs. MARISOL RENOVATO</u>, Case No.: 07-cr-03413

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

      I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 110 West "C" Street, Suite 2201, San Diego, California 92101. On April 16, 2008, I served the foregoing document(s) described as:

## SUBSTITUTION OF ATTORNEY

on all interested parties in this action

[ ]      by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ]      by placing [ ] the original [] a true copy thereof enclosed in sealed envelopes (when not FAXED) addressed as follows:

[X]     BY MAIL
        [ ]    I deposited such envelope in the mail at San Diego, California.
              The envelope was mailed with postage thereon fully prepaid to:

William A. Hall, Jr., AUSA
UNITED STATES ATTORNEY'S OFFICE
880 Front Street, Room 6293
San Diego, California 92101

      []     As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
      Executed on April 16, 2008, at San Diego, California.

[ ]      BY PERSONAL SERVICE: I delivered such envelope by hand to Addressee in Court.

[ ]      BY FAX: With express permission of the addressee, I delivered such by FAX to the following number provided by addressee:

      Area Code:        Fax Number:

Executed on April 16, 2008 Diego, California.

[]      (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Marissa Gutierrez_
Marissa Gutierrez