David Gutierrez, Esq.- State Bar #177811
**LAW OFFICE OF DAVID GUTIERREZ**
THE CHAMBER BUILDING
110 West 'C' Street, Suite 2201
San Diego, California 92101
Phone: 619-696-6096 Fax: 619-696-1106

Attorney for Defendant
MARISOL RENOVATO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-cr-03413 |
| Plaintiff, | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| vs | |
| MARISOL RENOVATO, | |
| Defendants | |

The plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and William A. Hall, Assistant United States Attorney, and defendant, Marisol Renovato, through her counsel, David Gutierrez, hereby jointly move this court to continue the motion hearing scheduled for April 18, 2008 at 2:00 p.m. to June 2, 2008 at 2:00 p.m.

**Dated:** April 17, 2008

**S/David Gutierrez**
**DAVID GUTIERREZ,** Attorney for Defendant
Marisol Renovato

**Dated:** April 17, 2008

**S/William A. Hall, Jr.**
**WILLIAM A. HALL, Jr**
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs<br>MARISOL RENOVATO,<br><br>　　　　Defendants | Case No.: 07-cr-03413<br><br>**CERTIFICATE OF SERVICE** |

**IT IS HEREBY CERTIFIED THAT:**

**I, DAVID GUTIERREZ**, declare I am a citizen of the United States and at least eighteen years of age. My business mailing address is 110 West C Street, Suite 2201, San Diego, California 92101.

I have caused service of **JOINT MOTION TO CONTINUE MOTION HEARING AND ACKNOWLEDGEMENT OF FUTURE COURT DATE**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following e-mail addresses:

William A. Hall, Jr. – William.A.Hall@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** April 17, 2008　　　　　　　　**S/David Gutierrez**
　　　　　　　　　　　　　　　　　　　　DAVID GUTIERREZ, Attorney for
　　　　　　　　　　　　　　　　　　　　Defendant Marisol Renovato