David Gutierrez, Esq.- State Bar #177811
**LAW OFFICE OF DAVID GUTIERREZ**
THE CHAMBER BUILDING
110 West 'C' Street, Suite 2201
San Diego, California 92101
Phone: 619-696-6096 Fax: 619-696-1106

Attorney for Defendant
MARISOL RENOVATO

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-cr-03413 |
| Plaintiff, | **ACKNOWLEDGEMENT OF FUTURE COURT DATE** |
| vs | |
| MARISOL RENOVATO, | Date: June 2, 2008 |
| Defendants | Time: 2:00 p.m. |

I, MARISOL RENOVATO, declare as follows:

1. I am the defendant in the above-entitled case.

2. I hereby acknowledge the date for my next court appearance has been changed from April 18, 2008 at 2:00 p.m. to June 2, 2008 at 2:00 p.m.

3. I will notify pretrial services of this change immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4-17-08

_____
MARISOL RENOVATO, Defendant