David Gutierrez, Esq.- State Bar #177811
**LAW OFFICE OF DAVID GUTIERREZ**
MAILING ADDRESS:
P.O. Box 211539
Chula Vista, California 91921
Phone: 619-696-6096  Fax: 619-696-1106

Attorney for Defendant
MARISOL RENOVATO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-cr-03413 |
| Plaintiff, | **ACKNOWLEDGEMENT OF FUTURE COURT DATE** |
| vs | |
| MARISOL RENOVATO, | Date: October 6, 2008 |
| | Time: 2:00 p.m. |
| Defendants | |

I, MARISOL RENOVATO, declare as follows:

1. I am the defendant in the above-entitled case.

2. I hereby acknowledge the date for my next court appearance has been changed from August 11, 2008 at 2:00 p.m. to October 6, 2008 at 2:00 p.m.

3. I will notify pretrial services of this change immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-8-08

MARISOL RENOVATO, Defendant